**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**Sonya Martin,**

     **Plaintiff,**

  **v.**                      **Case No. 2:11-cv-264**

**Michael J. Astrue,**             **JUDGE GEORGE C. SMITH**
**Commissioner of**               **Magistrate Judge Kemp**
**Social Security,**

       **Defendant.**

## ORDER

      This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on February 29, 2012.  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation. The plaintiff's statement of errors is **OVERRULED**.  The Clerk shall enter judgment in favor of the defendant Commissioner of Social Security.

      **IT IS SO ORDERED.**

                                      /S/ George C. Smith

                                      George C. Smith
                                      United States District Judge